1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11
12
13
14
15
16
17

| | |
|---|---|
| GURJIT KAUR,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC HOLDER, U.S. Attorney General, and<br>ALEJANDRO MAYORKAS, Director, U.S.<br>Immigration and Customs Enforcement,<br><br>        Defendants. | Case No. 12-cv-05805 NC<br><br>**ORDER RE: DISMISSAL**<br><br>Re: Dkt. Nos. 7, 8 |

18
19
20
21
22
23
24

On January 7, 2013, plaintiff Gurjit Kaur filed a motion to dismiss with prejudice in which she stated that she no longer sought the relief requested in her complaint. Although filed as a motion, Kaur's filing is actually a notice of dismissal under Federal Rule of Civil Procedure 41(a). Such a notice does not require a court order. Nevertheless, because Kaur's notice was filed as a motion, the Court granted it with a text-only entry. This order clarifies that Dkt. No. 7 is Kaur's notice of dismissal of her action with prejudice, which ends the case.

25

IT IS SO ORDERED.

26

Date: January 15, 2013

27

_____
Nathanael M. Cousins
United States Magistrate Judge

28