1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

GURJIT KAUR,

           Plaintiff,

      v.

ERIC HOLDER, U.S. Attorney General, and
ALEJANDRO MAYORKAS, Director, U.S.
Immigration and Customs Enforcement,

           Defendants.

Case No. 12-cv-05805 NC

**ORDER RE: DISMISSAL**

Re: Dkt. Nos. 7, 8

18        On January 7, 2013, plaintiff Gurjit Kaur filed a motion to dismiss with prejudice in

19 which she stated that she no longer sought the relief requested in her complaint. Although

20 filed as a motion, Kaur's filing is actually a notice of dismissal under Federal Rule of Civil

21 Procedure 41(a). Such a notice does not require a court order. Nevertheless, because

22 Kaur's notice was filed as a motion, the Court granted it with a text-only entry. This order

23 clarifies that Dkt. No. 7 is Kaur's notice of dismissal of her action with prejudice, which

24 ends the case.

25        IT IS SO ORDERED.

26        Date: January 15, 2013

                           Nathanael M. Cousins
                           United States Magistrate Judge

27
28